IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILBUR JAUKEN,<br><br>  Plaintiff,<br><br>vs.<br><br>CHILDREN'S HOSPITAL & MEDICAL CENTER,<br><br>  Defendant. | 4:20CV3105<br><br>**AMENDED PROGRESSION ORDER** |

This case is before the court on the parties' joint stipulation to extend certain deadlines. After consideration, IT IS ORDERED that the parties' stipulation (Filing No. 32) is granted and final progression schedule is extended as follows:

1) Deadline to complete depositions is extended to November 17, 2021;

2) Deadline to file motions to exclude testimony on Daubert and related grounds is extended to December 1, 2021;

3) Deadline to file motions for summary judgment is extended to January 14, 2022; and

4) The status conference currently set for September 28, 2021 at 11:00 AM is continued to December 14, 2021 at 11:00 AM before the undersigned magistrate judge.

Dated this 21st day of September, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge