IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILBUR JAUKEN,<br><br>           Plaintiff,<br><br>vs.<br><br>CHILDREN'S HOSPITAL & MEDICAL CENTER,<br><br>           Defendant. | **4:20CV3105**<br><br>**ORDER** |

As requested in the parties' motion, (Filing No. 39), which is hereby granted,

IT IS ORDERED:

1) The deadline for completing depositions is extended to January 3, 2022;

2) The deadline for filing motions to exclude testimony on Daubert and related grounds is extended to February 14, 2022;

3) The deadline for filing motions for summary judgment is extended to March 1, 2022; and

4) The conference call previously scheduled to be held on December 14, 2021 is continued, and it will be held on January 25, 2022 at 10:00 a.m.

Dated this 16th day of November, 2021.

                                                          BY THE COURT:

                                                          *s/ Cheryl R. Zwart*
                                                          United States Magistrate Judge